**IT IS ORDERED as set forth below:**

**Date: April 1, 2019**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Jason Ward Freeman, | Case No.  19-53270-sms |
| Debtor. | Judge Sage M. Sigler |

### Order Granting Debtor's Motion to Reconsider and Vacate Order of Dismissal

The Debtor having filed a Motion to Reconsider and Vacate Order of Dismissal of Debtor on April 1, 2019 (the "Motion") [Docket No. 16], and it appearing to the Court that there is good cause for the entry of this Order, it is hereby

**ORDERED** that the Motion be, and hereby is **GRANTED**, and that the Order dismissed this case is vacated; it is

**FURTHER ORDERED** that the deadline for the filing of a complaint under either Fed. R. Bankr. P. 4004(a) or 4007(c) is extended to the date that is 60 days following the date set by the U.S. Trustee for the rescheduled meeting of creditors; it is

**FURTHER ORDERED** that Debtor's counsel shall serve this Order and a notice of the rescheduled meeting of creditors and deadlines within three (3) days of the setting of the meeting of creditors by the U.S.

Trustee and shall promptly thereafter file a certificate of such service.

END OF DOCUMENT

Prepared and presented by:

*/s/ Charles N. Kelley, Jr.*
Charles N. Kelley, Jr.
Georgia State Bar No. 412212
Kelley & Clements LLP
Attorneys for Debtor
PO Box 2758
Gainesville, GA 30503
ckelley@kelleyclements.com