IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| JASON WARD FREEMAN, | Case No. 19-53270-SMS |
| Debtor. | Judge Sigler |

NOTICE OF RESCHEDULED MEETING OF
CREDITORS AND DEADLINES

PLEASE TAKE NOTICE that the Meeting of Creditors pursuant to 11 U.S.C. § 341(a) will be held on May 23, 2019, at 11:00 a.m. in Room 367 of the Richard Russell Federal Building, 75 Ted Turner Ave, Atlanta, Georgia 30303.

PLEASE TAKE FURTHER NOTICE that the deadlines for the filing of a complaint to determine dischargeability of a debt pursuant to 11 U.S.C. § 523(c) or objecting to the Debtor's discharge have been extended to July 22, 2019.

KELLEY & CLEMENTS LLP

By:    */s/ Charles N. Kelley, Jr.*
       Charles N. Kelley, Jr.
       Georgia State Bar No. 412212

Attorneys for Debtor

Post Office Box 2758
Gainesville, Georgia 30503-2758
(770) 531–0007
ckelley@kelleyclements.com

CERTIFICATE OF SERVICE

I hereby certify