UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                             CASE NO. 19-53270-SMS

JASON WARD FREEMAN,                                CHAPTER 7

    Debtor.

_____/

**WITHDRAWAL OF TRUSTEE'S REPORT OF NOTICE OF NO DISTRIBUTION**

Trustee hereby withdraws the Report of No Distribution filed in this case on May 25, 2019.

This 26th day of May, 2019.

                                                   s/ Martha A. Miller

                                                 Martha A. Miller
                                                 Trustee
                                                 Georgia Bar No. 507950

Martha Miller Law, LLC
P.O. Box 5630
Atlanta, GA 31107
(404) 941-7360
mmiller@mmillertrustee.com