**IT IS ORDERED as set forth below:**

Date: May 30, 2019

_____
**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-53270-sms |
| JASON WARD FREEMAN,<br>         Debtor. | CHAPTER:  7 |
| BANK OF AMERICA, N.A.,<br>         Movant, | JUDGE:  HONORABLE SAGE M. SIGLER |
| v. | |
| JASON WARD FREEMAN, Debtor,<br>MARTHA A. MILLER, Trustee,<br>         Respondents. | CONTESTED MATTER |

ORDER GRANTING MOTION FOR RELIEF FROM STAY  (#25)

The above styled Motion was called for hearing on May 15, 2019 upon Notice of Hearing to each of the above-captioned parties in interest.  There was no opposition to the Motion and Movant asserts that the parties were properly served.  Accordingly;

IT IS HEREBY ORDERED that the 11 USC §362(a) automatic stay is modified for Movant herein, its successors and assigns, regarding the real property commonly known as 11 Wild Oat Court, Grayson, Georgia 30017-4178.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds which may be in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/ *Radha Gordon*
Radha Gordon, Bar No.: 347192
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: RGordon@aldridgepite.com

DISTRIBUTION LIST

Jason Ward Freeman
11 Wild Oat Court
Grayson, GA 30017


Charles N. Kelley, Jr.
Kelley & Clements LLP
P. O. Box 2758
Gainesville, GA 30503-2758


Martha A. Miller
P. O. Box 5630
Atlanta, GA 31107


ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305