**IT IS ORDERED as set forth below:**

**Date: June 17, 2019**



_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 19-53270-SMS |
| JASON WARD FREEMAN, | : | |
| | : | |
| Debtor. | : | Chapter 7 |

**ORDER GRANTING EMPLOYMENT OF ACCOUNTANT**

On June 16, 2019, Martha Miller, Trustee, filed an application for employment of accountant (the "Application") with this Court (Dkt. No. 32). No notice or hearing on the Application is necessary. The Application and accompanying affidavit demonstrate that Stonebridge Accounting & Forensics, LLC is a firm of accountants qualified to practice in this

Court, that they are disinterested and represent no interest adverse to Debtor or the estate, and that this case justifies employment of a professional for the purpose specified. Accordingly, it is hereby

**ORDERED** that, pursuant to 11 U.S.C. §327 and Bankruptcy Rule 2014, the Application is granted. Trustee is authorized to employ Stonebridge Accounting & Forensics, LLC as her accountant during the Debtor's Chapter 7 case, subject to objection filed by the U. S. Trustee or any other party in interest in this case within twenty-one days from the date of entry of this order. It is further,

**ORDERED** that compensation shall be paid to Stonebridge Accounting & Forensics, LLC upon notice, hearing and approval by the Court pursuant to 11 U.S.C. §§330 and 331 of an appropriately detailed application which complies with the Guidelines established by the U. S. Trustee.

**[END OF DOCUMENT]**

Prepared and Presented By:

_/s/ Martha A. Miller_
Martha A. Miller
State Bar No. 507950
MARTHA MILLER LAW, LLC
P.O. Box 5630
Atlanta, GA 31107
Phone: (404) 941-7360
mmiller@mmillertrustee.com

**DISTRIBUTION LIST**

| United States Trustee | Jason Ward Freeman | Charles N. Kelley, Jr. |
|---|---|---|
| 362 United States Courthouse | 11 Wild Oat Ct. | Kelley & Clements, LLP |
| 75 Ted Turner Dr., SW | Grayson, GA 30017 | P.O. Box 2758 |
| Atlanta, Georgia 30303 | | Gainesville, GA 30503 |

Spence Shumway
Stonebridge Accounting &
Forensics, LLC
P.O. Box 1290
Grayson, GA 30017

Martha A. Miller
Martha A. Miller, P.C.
P.O. Box 5630
Atlanta, GA 31107