**IT IS ORDERED as set forth below:**

**Date: July 9, 2019**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 19-53270-SMS |
| JASON WARD FREEMAN, : | |
| : | CHAPTER 7 |
| Debtor. : | |
| _____ : | |
| : | |
| Martha A. Miller, Trustee for the Chapter 7 : | |
| Estate of Jason Ward Freeman, : | |
| : | |
| Movant, : | |
| : | |
| v. : | |
| : | |
| BRENDA FREEMAN, : | |
| : | |
| Respondent. : | |
| _____ : | |

:**ORDER GRANTING MOTION FOR EXAMINATION
PURSUANT TO FED. R. BANK. P. 2004**

{29999/106/01466076.DOCXv1}

The motion of Martha Miller, Chapter 7 trustee ("Movant") for an order authorizing the examination of Brenda Freeman pursuant to Rule 2004 (Dkt. No. 39) having been read and considered, it is,

**ORDERED** that the motion is **GRANTED** to permit that examination in accordance with Fed.R.Bankr.P. 2004(b) at a mutually agreed time and place. If attendance and production of documents cannot be obtained voluntarily, Movant may compel attendance and production of documents as provided in Fed.R.Bankr.P. 2004(c).

**IT IS FURTHER ORDERED** that Movant Trustee is hereby authorized to pay a witness fee and mileage in connection with the service of any subpoena, a reasonable court reporting fee and any other actual and necessary expenses incurred in connection with the examination.

### END OF DOCUMENT

Prepared and Presented by:

 */s/ Martha A. Miller*
Martha A. Miller
Counsel for Trustee
GA. Bar No. 507950
P.O. Box 5630
Atlanta, Georgia 31107
(404) 617-9708
mmiller@mmillertrustee.com

### DISTRIBUTION LIST

Office of the United States Trustee
Room 362, Richard Russell Fed. Bldg.
75 Ted Turner Dr., SW
Atlanta, GA 30303

Brenda Freeman
6332 Roxboro Trace
Lawrenceville, GA 30044

{29999/106/01466076.DOCXv1}

Martha Miller
Martha Miller Law, LLC
P.O. Box 5630
Atlanta, GA 31107

Charles N. Kelley
Kelley & Clements, LLP
P.O. Box 2758
Gainesville, GA 30503

{29999/106/01466076.DOCXv1}