**IT IS ORDERED as set forth below:**

**Date: July 9, 2019**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | : | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 19-53270-SMS |
| JASON WARD FREEMAN, | : | |
| | : | CHAPTER 7 |
| Debtor. | : | |
| _____ | : | |
| | : | |
| Martha A. Miller, Trustee for the Chapter 7 Estate of Jason Ward Freeman, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| BLACKSTOCK'S INC., | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

:**ORDER GRANTING MOTION FOR EXAMINATION
PURSUANT TO FED. R. BANK. P. 2004**

{29999/106/01466076.DOCXv1}

The motion of Martha Miller, Chapter 7 trustee ("Movant") for an order authorizing the examination of a corporate representative of Blackstock's Inc. pursuant to Rule 2004 (Dkt. No. 38) having been read and considered, it is,

**ORDERED** that the motion is **GRANTED** to permit that examination in accordance with Fed.R.Bankr.P. 2004(b) at a mutually agreed time and place.  If attendance and production of documents cannot be obtained voluntarily, Movant may compel attendance and production of documents as provided in Fed.R.Bankr.P. 2004(c).

**IT IS FURTHER ORDERED** that Movant Trustee is hereby authorized to pay a witness fee and mileage in connection with the service of any subpoena, a reasonable court reporting fee and any other actual and necessary expenses incurred in connection with the examination.

### END OF DOCUMENT

Prepared and Presented by:

 */s/ Martha A. Miller*
Martha A. Miller
Counsel for Trustee
GA. Bar No. 507950
P.O. Box 5630
Atlanta, Georgia 31107
(404) 617-9708
mmiller@mmillertrustee.com


### DISTRIBUTION LIST

Office of the United States Trustee
Room 362, Richard Russell Fed. Bldg.
75 Ted Turner Dr., SW
Atlanta, GA 30303

Daniel G. South
Registered Agent
Blackstock's, Inc.
804 Bill Rutledge Rd.
Winder, GA 30680

{29999/106/01466076.DOCXv1}

Martha Miller
Martha Miller Law, LLC
P.O. Box 5630
Atlanta, GA 31107

Charles N. Kelley
Kelley & Clements, LLP
P.O. Box 2758
Gainesville, GA 30503

{29999/106/01466076.DOCXv1}